IN THE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHARON ALLEN                                                            PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:08-cv-243 (DCB)(JMR)

AMERICAN CAPITOL INSURANCE COMPANY
AND JOHN AND JANE DOE A, B, C AND D                                    DEFENDANTS

ORDER OF REMAND

This matter having come before the Court sua sponte to address the issue of subject matter jurisdiction; and the Court having found in a separate order of even date herewith that the amount in controversy requirement of 28 U.S.C. § 1332(a) is not met, and that this case must be remanded pursuant to 28 U.S.C. § 1447(c); accordingly,

IT IS HEREBY ORDERED that this case is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the 31st day of August, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE